## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:19-cv-11222-DML-APP |
| v. | ) |
| JOHN DOE subscriber assigned IP Address 73.145.95.13, | ) |
| Defendant. | ) |

## NOTICE OF COMPLIANCE

Plaintiff, Malibu Media, LLC., hereby files this Notice of Compliance with the Order of this Court dated June 6, 2019 [CM/ECF 6], by mailing a copy of same to the Comcast Cable via E-mail and Certified Mail.

Respectfully submitted,

**BOROJA, BERNIER & ASSOCIATES PLLC**

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**
49139 Schoenherr Rd.
Shelby Township, MI 48315
T: 586-991-7611
F: 586-991-7612
Email: Bbclawgroup@gmail.com
*Attorney for Plaintiff*

1